UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 09 - 01124 MHP | |
| Plaintiff, ) | | |
| v. ) | **STIPULATION AND [PROPOSED]** | |
| ) | **ORDER** | |
| ) | | |
| ) | | |
| JOSE SILVA, ) | | |
| ) | | |
| Defendant. ) | | |

WHEREAS, the parties have jointly request that defendant JOSE SILVA's appearance before this Court, set for Monday, November 22, 2010, be vacated and reset for a change of plea hearing before this Court on Monday, January 24, 2011, at 10:00 a.m.;

WHEREAS, in light of the defendant's need to effectively prepare and the availability f counsel for both parties,, the parties further jointly request that time be excluded under 18 U.S.C. § 3161(h)(7), such that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial;

THEREFORE, the parties jointly request and stipulate that the mater be continued from November 22, 2010 until January 24, 2010, at 10:00 a.m., with time excluded under section 3161

as set forth above.

**IT IS SO STIPULATED:**

DATED: November 29, 2010                          /S/
                                             EDWIN PRATHER
                                             Attorney for JOSE SILVA

DATED: November 29, 2010                          /S/
                                             TIMOTHY J. LUCEY
                                             Assistant United States Attorney

**ORDER**

For good cause shown, the Court continues the matter until **Monday, January 24, 2011, at 10:00 a.m.,** with time excluded under 18 U.S.C. § 3161(h)(7) for effective preparation and counsel of counsel, such that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: __11/30/2010____

                                         HON.
                                         United

*[Signature: Judge Marilyn H. Patel — IT IS SO ORDERED]*

STIPULATION AND [PROPOSED] ORDER
*United States v. Silva*
[CR 09 - 01124 MHP]                          2